IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY GARRETT BROWN,<br>    Plaintiff,<br><br>vs.<br><br>U.S. GOVERNMENT<br>    Defendant. | Civil Action No. 06-204 ERIE |

**ORDER**

AND NOW this   5th   day of October, 2006, after consideration of the Plaintiff's Appeal to the Magistrate Judges Order

IT IS HEREBY ORDERED that said appeal is DENIED

IT IS FURTHER ORDERED that the Magistrate Judge's Order of September 26, 2006 is hereby AFFIRMED.

 S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: counsel/parties of record   NK